IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA | DOCKET NO. 0979 3:05CR00331-001-RE |
|---|---|
| v. | ORDER TERMINATING SUPERVISED RELEASE TERM PRIOR TO EXPIRATION DATE |
| ALLEN RICHMAN, | |
| Defendant. | |

On August 30, 2011, this Court sentenced defendant to time served followed by a 3-year term of supervised release. The supervised release term commenced on August 30, 2011. Defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is recommended that his term of supervised release be terminated.

Respectfully submitted,

Jeweley Hirsch
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, IT IS ORDERED that the term of supervised release be terminated and defendant be discharged from supervision.

DATED this 2nd day of April, 2013.

The Honorable Anna J. Brown
U.S. District Judge

*ORDER—RICHMAN, ALLEN*     *Page 1*
JDH/ra/36095